*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
de GROOT, THORNHILL, and DAVIS
Appellate Military Judges

—————————————

**UNITED STATES**
*Appellee*

**v.**

**Gerardo E. TREVINO**
Sergeant Major (E-9), U.S. Marine Corps
*Appellant*

**No. 202500342**

—————————————

Decided: 29 July 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Douglas C. Hatch

Sentence adjudged 6 May 2025 by a special court-martial convened at Marine Corps Air Station Miramar, San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-7 and confinement for 236 days.[1]

For Appellant:
*Captain Katherine E. Malcolm, USMC*

---

[1] The accused was credited with having served 236 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, the sentence is correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment is deficient. Appellant has the right for the Entry of Judgment to accurately summarize each specification referred to trial as required by Rule for Courts-Martial (R.C.M.) 1111(b)(1)(A) and *United States v. Wadaa*.[3] In this case, the Entry of Judgment denotes findings of not guilty to Specifications 2–6 of the Charge. These specifications, pursuant to the plea agreement, were withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceedings.[4] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED.**



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] 84 M.J. 652, 655 (N-M. Ct. Crim. App. 2024).

[4] *United States v. Sutton*, 81 M.J. 677 (N-M. Ct. Crim. App. 2021); *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202500342 |
| v. | **ENTRY OF JUDGMENT** |
| **Gerardo E. TREVINO**<br>**Sergeant Major (E-9)**<br>**U.S. Marine Corps**<br>*Accused* | *As Modified on Appeal*<br><br>**29 July 2026** |

On 6 May 2025, the Accused was tried at Marine Corps Air Station Miramar, CA, by a special court-martial, consisting of a military judge sitting alone. Military Judge Douglas C. Hatch presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge: Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1: (Violent Offense - Assault Consummated by Battery – on or about 3 July 2023):**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 2: (Strangulation – on or about 3 July 2023):**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and Dismissed Without Prejudice To Ripen Into Prejudice Upon Completion of Appellate Review.

**Specification 3: (Violent Offense - Assault Consummated by Battery – on or about 6 Aug 2024):**

>*Plea:* Not Guilty.

>*Finding:* Withdrawn and Dismissed Without Prejudice To Ripen Into Prejudice Upon Completion of Appellate Review.

**Specification 4: (Strangulation – on or about 6 August 2024):**

>*Plea:* Not Guilty.

>*Finding:* Withdrawn and Dismissed Without Prejudice To Ripen Into Prejudice Upon Completion of Appellate Review.

**Specification 5: (Violent Offense - Assault Consummated by Battery – on or about 31 August 2024):**

>*Plea:* Not Guilty.

>*Finding:* Withdrawn and Dismissed Without Prejudice To Ripen Into Prejudice Upon Completion of Appellate Review.

**Specification 6: (Strangulation – on or about 31 August 2024):**

>*Plea:* Not Guilty.

>*Finding:* Withdrawn and Dismissed Without Prejudice To Ripen Into Prejudice Upon Completion of Appellate Review.

**Additional Charge: Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

>*Plea:* Guilty.

>*Finding:* Guilty.

**Specification 1: (Offense Against Property With Intent to Intimidate – on or about 15 July 2023):**

>*Plea:* Guilty.

>*Finding:* Guilty.

**Specification 2: (Offense Against Property With Intent to Intimidate – on or about 15 February 2024):**

> *Plea:* Guilty.

> *Finding:* Guilty.

## SENTENCE

On 6 May 2025, the military judge sentenced the Accused to the following:

**Reduction to E-7**

**Confinement for 236 days**



FOR THE COURT:

MARK K. JAMISON
Clerk of Court